# Exhibits
# Table of Contents

**Exhibit- A**

A. Jungyoun Kim - Decision of 8-8-17…..……………………………………………..…..

**Exhibit- B**

B. Jungyoun Kim's Form I-20………………………………………………………..………

**Exhibit- C**

C. Jungyoun Kim's RFE of 6-6-17……………………………………………………………..

**Exhibit -D**

D. Jin Chae's form I-94…..………………………………………………………………..

**Exhibit -E**

E. Jin Chae's Denial Notice……………………………………………………………………..

**Exhibit -F**

F. Jin Chae's Form I-20……………………………………………………………………….

**Exhibit-G**

G. Yujia Sun's Form I-539…………………………………………………………………….

**Exhibit-H**

H. USCIS'S Request for Evidence to Yujia Sun……………………………………………….

**Exhibit-I**

I. Yujia Sun's Form I-20……………………………………………………………………….

**Exhibit-J**

Yujia Sun's Notice of Intent to Deny…………………………………………………………

**Exhibit-K**

K. Decision of 7-21-16 denying Yujia Sun's form I-539……………………………………….

**Exhibit-L**

L. Fee Receipt for Yujia Sun's Motion to Reopen an…r Reconsider…………………….....

**Exhibit- M**

M. Yujia Sun Form DS-2019 showing she is not subject to 212(e)…………………………….

**Exhibit-N**

N. USCIS's decision of 9-28-17 denying Ms. Sun's I-539……………………………………..

**Exhibit- O**

O. S. Sahoo's First I-94…………………………………………………………………………

**Exhibit-P**

P. S. Sahoo's Fee receipt for Form I-539 (F-1)………………………………………………..

**Exhibit- Q**

Q. S. Sahoo's Form I-20…………………………………………………………………………

**Exhibit-R**

R. S. Sahoo's B-2 extension Approved_09-22-2016 to 09-21-2017……………………….……

**Exhibit-S**

S. S. Sahoo's Denial of Change of Status to F-1……………………………………….…….

**Exhibit- T**

Affidavit of Michael E. Piston…………………………………………………………...